DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82<br><br>Plaintiff,<br><br>vs.<br><br>ERIC A. CATTANI; INDEPENDENCE HOMEOWNERS' ASSOCIATION; TERRA WEST COLLECTIONS GROUP, LLC D/B/A ASSESSMENT MANAGEMENT SERVICES; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00363-JCM-GWF<br><br>**STIPULATION AND ORDER FOR SECURITY OF COSTS** |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82 (**BNYM**), and Defendant SFR Investments Pool 1, LLC (**SFR**), hereby stipulate and agree as follows:

1

1. Pursuant to NRS 18.130(1), SFR's Demand for Security of Costs Pursuant to NRS 18.130(1) filed by SFR on February 28, 2017 [Dkt. No. 9], is granted.

2. BNYM shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to Defendant SFR within seven (7) days of the entry of this order.

DATED this 3rd day of March, 2017.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Natalie L. Winslow, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* | */s/ Diana Cline Ebron, Esq.*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** March 10, 2017