**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Sanderson@leachjohnson.com
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
cpittsenbarger@leachjohnson.com
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:   (702) 538-9074
Facsimile:   (702) 538-9113
*Attorneys for Defendant Independence Homeowners' Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC A. CATTANI; INDEPENDENCE HOMEOWNERS' ASSOCIATION; TERRA WEST COLLECTIONS GROUP, LLC D/B/A ASSESSMENT MANAGEMENT SERVICES; SFR INVESTMEMTS POOL 1, LLC; DOES INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00363-JCM-GWF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR INDEPENDENCE HOMEOWNERS ASSOCIATION TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (DKT. 1)**<br><br>*(First Request)* |

Plaintiff, Bank of New York Mellon, by and through their attorney Natalie Winslow of AKERMAN LLP and Defendant Independence Homeowners Association (the "Association"), by and through their attorney T. Chase Pittsenbarger, of LEACH JOHNSON SONG & GRUCHOW, hereby stipulate and agree as follows:

    1.    Plaintiff filed its Complaint on February 6, 2017 (ECF No. 1).

/ / /

2.  The Association tendered its defense in this action to its insurance carrier and was awaiting a coverage decision and notification of assignment of counsel.

3.  Leach Johnson Song & Gruchow was appointed as counsel for the Association by the Association's insurance carrier on March 7, 2017.

4.  As a result of Leach Johnson Song & Gruchow's recent appointment, the Association is requesting additional time to allow the Association sufficient time to analyze the Complaint and prepare an adequate responsive pleading.

5.  The Association shall be granted an additional 2-weeks to prepare a responsive pleading to Plaintiff's Complaint [ECF No. 1] up to and including **Wednesday, March 22, 2017**.

DATED this 20 day of March, 2017.

| AKERMAN, LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Natalie L. Winslow | |
| Darren T. Brenner | Sean L. Anderson |
| Nevada Bar No. 8386 | Nevada Bar No. 7259 |
| Natalie L. Winslow | T. Chase Pittsenbarger |
| Nevada Bar No. 12125 | Nevada Bar No. 13740 |
| 1160 Town Center Drive, Suite 330 | 8945 West Russell Road, Suite 300 |
| Las Vegas, NV 89144 | Las Vegas, Nevada 89148 |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Independence Homeowners' Association* |
| *Bank of New York Mellon* | |

**IT IS SO ORDERED** this 21st day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE