1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  REX D. GARNER, ESQ.
   Nevada Bar No. 9401
3  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
4  AKERMAN LLP
   1160 Town Center Drive, Suite 330
5  Las Vegas, NV 89144
   Telephone: (702) 634-5000
6  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
7  Email: rex.garner@akerman.com
   Email: natalie.winslow@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82<br><br>Plaintiff,<br>vs.<br><br>ERIC A. CATTANI; INDEPENDENCE HOMEOWNERS' ASSOCIATION; TERRA WEST COLLECTIONS GROUP, LLC D/B/A ASSESSMENT MANAGEMENT SERVICES; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00363-JCM-GWF<br><br>**DEFENDANT ERIC A. CATTANI'S DISCLAIMER OF INTEREST**<br><br>**AND**<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82 (**BNYM**) and Defendant Eric A. Cattani (**Cattani**) stipulate and agree as follows:

1. In 2010, Cattani filed a petition for bankruptcy under Chapter 7, through which he abandoned any interest in the property that is the subject of this litigation, 9109 Hilverson Avenue, Las Vegas, Nevada 89148 (the **Property**).

2. On or about August 16, 2011, Cattani received a Chapter 7 discharge.

3. On or about May 2, 2014, Independence Homeowners' Association (**HOA**) foreclosed and sold at auction the Property to SFR Investments Pool 1, LLC (**SFR**).

4. On February 6, 2017, Plaintiff filed a complaint for quiet title and other claims against Defendants in this action.

5. Cattani disclaims of any present right, title, or interest in the Property.

6. Cattani has no opposition to any present or future foreclosure, judicial or non-judicial, by the holder of the first deed of trust on the Property, Instrument No. 20050930-0002681 in Clark County Recorder's records.

...

7. Plaintiff and Cattani agree that Cattani may be dismissed from this action, with each of them bearing their own attorneys' fees and costs.

DATED this 22nd day of June, 2017.

| **DICKINSON WRIGHT** | **AKERMAN LLP** |
|---|---|
| */s/ Joanna M. Myers, Esq.*<br>JOANNA M. MYERS, ESQ.<br>Nevada Bar No. 12048<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113<br><br>*Attorney for Defendant Eric Cattani* | */s/ Rex D. Garner, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br><br>*Attorneys for Plaintiff* |

## ORDER

**IT IS HEREBY ORDERED** that, based upon Defendant Cattani's disclaimer of any present right, title, or interest in the subject property as set forth herein, Defendant Cattani is dismissed from this case without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff and Cattani shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

June 26, 2017
_____
DATED