DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC A. CATTANI; INDEPENDENCE HOMEOWNERS' ASSOCIATION; TERRA WEST COLLECTIONS GROUP, LLC D/B/A ASSESSMENT MANAGEMENT SERVICES; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN | Case No. 2:17-cv-00363-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

| | |
|---|---|
| TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82; ERIC A. CATTANI, an individual; THE ERIC CATTANI REVOCABLE LIVING TRUST, DATED THE 24TH DAY OF FEBRUARY, 2006, ERIC CATTANI, TRUSTEE, | |
| Counter/Cross Defendants. | |

SFR Investments Pool 1, LLC ("SFR"), THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82 ("Bank"), and INDEPENDENCE HOMEOWNERS' ASSOCIATION ("Association"), by and through their respective counsel of record, hereby stipulate as follows:

1. The Bank filed its Motion for Summary Judgment on October 19, 2017. [ECF No. 38]. The Association and SFR filed Responses to the Bank's MSJ on November 9, 2017. [ECF Nos. 44 and 45, respectively]. The Bank's Reply in Support of its MSJ was filed on November 22, 2017. [ECF No. 48].

2. The Association filed its Motion for Summary Judgment on October 19, 2017. [ECF No. 39]. The Bank filed its Response to the Association's MSJ on November 9, 2017. [ECF No. 43]. The Association's Reply in Support of its MSJ is currently due on November 27, 2017.

3. SFR filed its Motion for Summary Judgment on October 19, 2017. [ECF No. 40]. The Bank filed its Response to SFR's MSJ on November 9, 2017. [ECF No. 42]. SFR's Reply in Support of its MSJ is currently due on November 27, 2017.

4. The parties hereby stipulate and agree that SFR and Association shall have until December 11, 2017 to file their respective Replies.

…
…
…

5. This is the first request for an extension of these deadlines and it is not made for the purposes of delay. The additional time requested is to allow counsel to meaningfully respond to the arguments raised.

| | |
|---|---|
| DATED this  27th  day of November, 2017.<br><br>**KIM GILBERT EBRON**<br><br> */s/ Diana S. Ebron* <br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>*Attorneys for Defendant/Counterclaimant,*<br>*SFR Investments Pool 1, LLC* | DATED this  27th  day of November, 2017.<br><br>**AKERMAN LLP**<br><br> */s/ Natalie L. Winslow* <br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff* |
| DATED this  27th  day of November, 2017.<br><br>**LEACH JOHNSON SONG & GRUCHOW**<br><br> */s/ T. Chase Pittsenbarger* <br>Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>T. Chase Pittsenbarger, Esq.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite 330<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant,*<br>*Independence Homeowners' Association* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: December 1, 2017