ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82, | Case No.: 2:17-cv-00363-JCM-GWF |
| Plaintiff, | **ORDER TO RELEASE BOND** |
| vs. | |
| ERIC A. CATTANI; INDEPENDENCE HOMEOWNERS' ASSOCIATION; TERRA WEST COLLECTIONS GROUP, LLC D/B/A ASSESSMENT MANAGEMENT SERVICES; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

1

55757363;1

| | |
|---|---|
| 1 | SFR INVESTMENTS POOL 1, LLC |
| 2 | Counter/Cross Claimant, |
| 3 | vs. |
| 4 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82; ERIC A. CATTANI, an individual; THE ERIC CATTANI REVOCABLE LIVING TRUST, DATED THE 24TH DAY OF FEBRUARY, 2006, ERIC CATTANI, TRUSTEE |
| 9 | Counter/Cross Defendants. |

Defendant/Counter-Claimant/Cross-Defendant SFR Investments Pool 1, LLC (**SFR**) demanded Plaintiff/Counter-Defendant The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82 (**BoNYM**) post a cost bond pursuant to NRS 18.130(1) [ECF No. 9]. This court thereafter ordered BoNYM to post a $500 bond [ECF No. 12]. A $500 cash deposit was subsequently made by Akerman LLP on behalf of BoNYM [ECF No. 24]. The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ." NRS 18.130(1).

…

…

…

…

…

…

…

…

…

…

2

55757363;1

On April 18, 2018, the court entered a judgment [ECF No. 56], closing this case.  As this matter is now concluded, the court will refund to Akerman LLP, on behalf of BoNYM, the $500.00 security bond, plus interest.

**IT IS SO ORDERED.**

Dated: December 21, 2020.

_____
UNITED STATES DISTRICT JUDGE
Case No.  2:17-cv-00363-JCM-GWF

*Submitted by:*

**AKERMAN LLP**

*/s/ Rex D. Garner*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8215
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82*

3

55757363;1